

**Johnathan E. Mansfield, Bar, No. 05539**
Email jmansfield@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900



FILED 10 OCT 12 13:14 USDC-ORP

Attorneys for Plaintiff, TNW Firearms, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **TNW FIREARMS, INC.** an Oregon Corporation, and **TIMOTHY S. BERO, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**TACTICAL MANUFACTURING, INC.,** a dissolved Oregon Corporation,<br><br>Defendant. | CV'10.-1245   AC<br>No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF TNW FIREARMS, INC.** |

In accordance with Fed. R. Civ. P. 7.1 and LR 7.1-1, Plaintiff TNW Firearms, Inc., by and through its undersigned attorneys, discloses as follows:

Page 1 -   **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF TNW FIREARMS, INC.**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

PDX/102523/145873/JEM/6550614.1

Plaintiff TNW Firearms, Inc. has no parent corporation, and no publicly-held corporation owns more than 10 percent of its stock.

Dated this 12th day of October, 2010.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Johnathan E. Mansfield, OSB #055390
Telephone 503.222.9981
Of Attorneys for Plaintiffs

Trial Attorney: Johnathan E. Mansfield

Page 2 - **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF TNW FIREARMS, INC.**

PDX/102523/145873/JEM/6550614.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900