AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon, Portland Division

| | |
|---|---|
| TNW FIREARMS, INC., an Oregon Corporation, and TIMOTHY S. BERO, an individual<br>*Plaintiff*<br>v.<br>TACTICAL MANUFACTURING, INC., a dissolved Oregon Corporation<br>*Defendant* | Civil Action No.<br>CV '10 - 1245   AC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tactical Manufacturing, Inc.
57319 Hazen Rd.
Warren, OR 97053

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Johnathan E. Mansfield
Schwabe Williamson & Wyatt
1211 SW 5th Ave., Suite 1900
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Clerk of Court
CLERK OF COURT

Date: 10/12/10

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TNW FIREARMS, INC., et al.,

        Plaintiff,

vs.

TACTICAL MANUFACTURING, INC.,

        Defendant.
_____/

Case No. **CV'10-1245 AC**

AFFIDAVIT OF SERVICE

STATE OF OREGON
County of Columbia    ss.

I, A.E. Renninger, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the state of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint for Patent Infringement; Exhibit A; Corporate Disclosure Statement of Plaintiff TNW Firearms, Inc.; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Discovery Agreement; Magistrate Consent Form; Civil Case Management Time Schedules; Letter Dated 10/12/10, Addressed to Tactical Manufacturing, Inc.*

Upon **TACTICAL MANUFACTURING, INC.**, by delivering such true copy to Scott W. Koller, who is the Owner thereof, at 57319 Hazen Road, Warren, OR 97053 on October 13, 2010 at 7:40 AM.

I declare under the penalty of perjury that the above statement is true and correct.

X _____
A.E. Renninger
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 420
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this *13th* day of *October*, 20*10*
by A.E. Renninger.

_____
Notary Public for Oregon

OFFICIAL SEAL
MARY B MATTHEWS
NOTARY PUBLIC-OREGON
COMMISSION NO. 434941
MY COMMISSION EXPIRES FEB. 20, 2013

*245259*