Scott Koller
57319 Hazen Rd
Warren, OR 97053

FILED 10 NOV 08 10:03 USDC-ORP

503-307-6317 CELL
503-397-6221 HOME

Kscott1090@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TNW FIREARMS, INC.

VS                                           CASE 3:10-CV-1245-AC

TACTICAL MANUFACTURING, INC.


MOTION TO APPOINT OF COUNSEL


11-8-2010