

FILED'10 NOV 17 1256USDC-ORP

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF OREGON

TNW FIREARMS, INC. )
)
    Plaintiff(s) )
)
v. )
)    Civil Action No. 3:10-CV-1245-AC
TACTICAL MANUFACTURING, INC. )
)
    Defendant(s) )
)

**ANSWER AND REQUEST THAT PLAINTIFF'S MOTION FOR DEFAULT BE DENIED,
MOTION FOR DISMISSAL, REQUEST FOR ATTORNEY FEES**

**Answer and Request that Plaintiff's Motion for Default be Denied**

1.    Plaintiff filed Motion for Default on NOV. 15, which is <u>after</u> response of Defense on NOV.11,.

2.    Motion for default against Defendant should be denied.

**Motion for Dismissal**

3.    Allegations of Plaintiff are invalid because Plaintiff's US Patent No. 169 dated AUG. 25, is an invalid patent that contains knowledge and creation claimed by the Plaintiff as his own which had already been public domain since 1996, at least two years prior to the time of filing for patent in 1998.

4.    Plaintiff's case against Defendant should be dismissed by the Court for lack of evidence to proceed.

**Request for Attorney fees**

5.    Defendant my owe attorney fees related to this case.

6.    Defendant requests monies for any and all attorney fees related to this case.

Date: NOVEMBER 17, 2010      DEFENDANT

SCOTT KOLLER
57319 HAZEN RD
WARREN, OR 97053
kscott1090@msn.com

**Valkyrie Arms, Ltd. Development Page**

 ### PRODUCTS UNDER DEVELOPMENT

■ .50 cal M2 BMG Semi-auto
■ Anything else that the owner takes a fancy to.



### Browning M2 Heavy Barrel .50 caliber Semi-Auto

Package will include:

- Choice of Heavy Barrel or Aircraft Weight Configuration
- M3 Heavy Tripod, pintle, T&E
- Linking Machine
- 500 Links
- BATF Approved Design
- Available late-1996
- Deposit of *$3,500* will reserve the introductory price.
- Introductory Package Price: *$6,850* until December 31, 1996.

Return to Products Page

[Home | Index | About Valkyrie Arms | Product Info | Sites | Sounds | Images | Quotes]

http://www.valkyrieArms.com/develop.htm - [Updated: July 1, 1996]
Copyright © 1996, 1997 Valkyrie Arms, Ltd. - All rights reserved.