IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TNW FIREARMS, INC., et al,

           Plaintiffs,           CV 10-1245 AC

v.           RESPONSE TO ORDER
           APPOINTING PRO BONO
TACTICAL MANUFACTURING, INC.,           COUNSEL

           Defendant.

In response to the Court's Order Appointing Pro Bono Counsel, the appointed attorney / law firm certifies that:

☒    Due to a conflict of interest, termination of the appointment is requested.

☐    After conducting a review and appropriate investigation of the defendant's defenses / claims, further representation of the defendant is declined. A written explanation has been provided to the defendant.

☐    After conducting a review and appropriate investigation of the defendant's defenses / claims, further representation of the defendant is accepted. If appropriate, a Substitution of Attorney will be filed to designate the responsible attorney continuing as counsel of record.

DATED this 2ND day of DEC., 2010.

[signature]
[Name of signator]
BRANTLEY C. SHUMAKER
OSB # 065093

1 - RESPONSE TO ORDER APPOINTING PRO BONO COUNSEL