**Johnathan E. Mansfield, Bar, No. 05539**
Email jmansfield@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

    Attorneys for Plaintiffs, TNW Firearms, Inc.
    and Timothy S. Bero

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TNW FIREARMS, INC.** an Oregon Corporation, and **TIMOTHY S. BERO, an individual,**<br><br>                Plaintiff,<br><br>vs.<br><br>**TACTICAL MANUFACTURING, INC.,** a dissolved Oregon Corporation,<br><br>                Defendant. | No. 10-cv-01245-AC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)** |

Page 1 -   **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/102523/178352/JEM/7501667.1

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs TNW Firearms, Inc. and Timothy S. Bero hereby voluntarily dismiss the Complaint without prejudice.

Dated this 11th day of May, 2011.

                                Respectfully submitted,

                                SCHWABE, WILLIAMSON & WYATT, P.C.

By:   s/ Johnathan E. Mansfield
      Johnathan E. Mansfield, OSB #055390
      Telephone 503.222.9981
      Of Attorneys for Plaintiffs

Trial Attorney: Johnathan E. Mansfield

Page 2 - **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900